# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| ROBERT H. STEELE, | ) |
|        Petitioner, | ) |
| v. | ) No. 1:24-CV-00098 PLC |
| JEFF FALKENRATH, | ) |
|        Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented Petitioner Robert H. Steele's application for writ of habeas corpus under 28 U.S.C. § 2254. The petition is defective because it was not drafted on the Court's form. *See* E.D. Mo. Local Rule 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms where applicable. If an action is not filed on a Court-provided form, the Court, in its discretion, may order the self-represented plaintiff or petitioner to file the action on a Court-provided form."). The Clerk of Court will be directed to send Petitioner the Court's "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody." If Petitioner wishes to pursue habeas corpus relief under 28 U.S.C. § 2254 in this Court, he should file an amended petition on this Court-provided form. If Petitioner's filing was mistakenly sent to this Court and he does not wish to seek relief here, Petitioner should inform the Court that he would like to voluntarily dismiss this action.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's motion for leave to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Petitioner a copy of the Court's "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody" form.

**IT IS FURTHER ORDERED** that if Petitioner wishes to pursue habeas relief in this Court, he should file an amended petition on the Court-provided form within **thirty (30) days** of the date of this Order.

**IT IS FURTHER ORDERED** that if Petitioner fails to respond to this Order in the time allotted, this case will be dismissed without prejudice and without further notice.

                                                PATRICIA L. COHEN
                                                UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of October, 2024